**ORIGINAL**

Mod AO 442 (09/13) Arrest Warrant    AUSA Name & Telno: Michael Gerber, 914-993-1958

# UNITED STATES DISTRICT COURT
for the
## Southern District of New York

| | |
|---|---|
| United States of America<br>v.<br>SILVIANO CHRISTMAN<br><br>_____<br>Defendant | )<br>)   Case No.  14 MJ 233<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:    Any authorized law enforcement officer

   **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   SILVIANO CHRISTMAN                                                        ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:
   Attempted Bank Robbery

Date: 2/3/14

_____
Issuing officer's signature

City and state:   White Plains, New York       Honorable Lisa Margaret Smith, USMJ, SDNY
*Printed name and title*

### Return

This warrant was received on *(date)* 2/3/14 , and the person was arrested on *(date)* 2/4/14
at *(city and state)* City of Poughkeepsie, NY

Date: 2/4/14

_____
Arresting officer's signature

Detective David Fernandez
*Printed name and title*