

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

November 21, 2019

**BY ECF**

Hearing adjourned to 1/3/20 at 10:30 am.

SO ORDERED.

*Cathy Seibel*
CATHY SEIBEL, U.S.D.J.

11/21/19

The Honorable Cathy Seibel
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: *United States v. Silviano Christman,* No. 14 Cr. 236 (CS)

Dear Judge Seibel:

  The Government respectfully requests, with the consent of the defense counsel, that the defendant's revocation hearing in the above-referenced case, which is currently scheduled for November 26, 2019, be adjourned in order to permit the defendant's state case to be resolved. On November 15, 2019, the defendant had a conference in his state case. At that conference, the defendant requested additional time to retain counsel and the next conference was scheduled for December 9, 2019. Because a number of the defendant's violation specifications are based on the pending state charges, the parties believe that no purpose would be served by have a revocation hearing on November 26, 2019. Accordingly, the parties respectfully request that the Court reschedule the defendant's revocation hearing for a date convenient for the Court after December 20, 2019.

                Respectfully submitted,

                GEOFFREY S. BERMAN
                United States Attorney

             by: /s Jamie Bagliebter
                Jamie E. Bagliebter
                Assistant United States Attorney
                (914) 993-1933

cc: Jason Ser, Esq (via ECF)
   USPO Ji'vonne Gilmore, LMSW