

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

December 26, 2019

**BY ECF**

VOSR hearing adjourned to 2/24/20 at 3:30 pm.

The Honorable Cathy Seibel
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

SO ORDERED.

*/s/ Cathy Seibel*
CATHY SEIBEL, U.S.D.J.

Re: *United States v. Silviano Christman,* No. 14 Cr. 236 (CS)

12/26/19

Dear Judge Seibel:

The Government respectfully requests, with the consent of the defense counsel, that the defendant's revocation hearing in the above-referenced case, which is currently scheduled for January 3, 2020, be adjourned in order to permit the defendant's state case to be resolved. On December 9, 2019, the defendant had a conference in his state case. At that conference, the defendant was appointed counsel. The next conference was scheduled for January 24, 2020. Because a number of the defendant's violation specifications are based on the pending state charges, the parties believe that no purpose would be served by have a revocation hearing on January 3, 2020. Accordingly, the parties respectfully request that the Court reschedule the defendant's revocation hearing for a date convenient for the Court during the week of February 17, 2020 or February 24, 2020.

        Respectfully submitted,

        GEOFFREY S. BERMAN
        United States Attorney

by: ___/s/_____
    Jamie E. Bagliebter
    Assistant United States Attorney
    (212) 637-2236

cc: Susanne Brody, Esq (via ECF)
    USPO Ji'vonne Gilmore, LMSW