UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
        United States of America,

                                                                    Notice of Adjournment
                                                                    of V.O.S.R. Hearing
       -against-

                                                                    7:14-CR-00236 (CS)

        Silviano Christman,
                               Defendant(s).
-----------------------------------------------------------------X

The Violation of Supervised Release Hearing previously scheduled before this Court for **April 6, 2020 at 2:30 p.m.** is adjourned to **June 4, 2020 at 11:15 a.m.** in Courtroom 621 of the United States District Courthouse, 300 Quarropas Street, White Plains, New York 10601.

                                                                  /s/ Walter Clark, Courtroom Deputy

Dated: March 31, 2020
       White Plains, New York