

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

May 28, 2020

**BY ECF**

The Honorable Cathy Seibel
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    *United States v. Silviano Christman,* **No. 14 Cr. 236 (CS)**

Dear Judge Seibel:

    The Government respectfully requests, with the consent of the defense counsel, that the defendant's revocation hearing in the above-referenced case, which is currently scheduled for June 4, 2020, be adjourned approximately 60 days.

    As the Court is aware, the defendant has been charged by the New York County District Attorney's Office with several crimes, including burglary in the first degree and criminal possession of weapon in the third degree, in connection with a domestic incident that occurred on June 5, 2019. The defendant's next state court date is scheduled for July 10, 2020, and no trial date has been set. The defendant's most recent state court proceeding was in connection to a bail application, which was denied on May 8, 2020.

Because a number of the defendant's violation specifications are based on the pending state charges, the Government requests an adjournment of his revocation hearing for approximately 60 days. Additionally, the circumstances presented by the COVID-19 pandemic affect the defendant's ability to participate in the hearing if it were to go forward on June 4, 2019. The Government, defense counsel and the Probation Office have made inquiries regarding the feasibility of the defendant's remote appearance from Rikers (where the defendant is housed), and are currently unaware of a mechanism to effectuate his appearance. Defense counsel consents to the request for an adjournment.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

by: ___/s/_____
Jamie E. Bagliebter
Assistant United States Attorney
(212) 637-2236

cc: Susanne Brody, Esq (via ECF)
    USPO Amber Wilton