UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

**MOTION TO DISMISS**

THE PEOPLE OF THE UNITED STATES OF AMERICA
Plaintiff

VS

Case 7:14-CR-00236-01

SILVIANO CHRISTMAN
Defendant

RECEIVED JUN 16 2020 CHAMBERS OF CATHY SEIBEL U.S.D.J.

Motion to Dismiss

The defendant moves to dismiss this case against for the following reasons:

1. THE RESERVATION OF MY RIGHTS.

I explicitly reserve all my rights. UCC1-308, which was formerly UCC1-207

§1-308. Performance or acceptance under reservation of rights.

(a) A party that with explicit reservation of rights, performs or promises performance for assents to performance in a manner demanded or offered by the other party does not thereby prejudice the rights reserved. Such words as "without prejudice," "under protest," or the like are sufficient

2. FURTHER ADVISEMENT

This is to advise that all of the actions of the court and all other in these cases against defendant are in violation of …

A. USC TITLE 18 > PART I > CHAPTER 13 > §242 Deprivation of rights under color of law.

B. USC TITLE 18 > PART I > CHAPTER 13 > §241 Conspiracy against rights

WHEREFORE, Defendant prays for the foregoing speedy relief.

Kindest and warmest regards,

Signed

Without Prejudice
UCC 1-308/UCC 1-207

*[signature]* Silviano Christman    10/1/19

Without prejudice UCC1-308

From the defendant: Silviano Christman

Physical address 161 West 15th Street Apt 3I, New York NY 10011
Mailing address 161 West 15th Street Apt 3I, New York NY 10011
Phone Number ~~202-253-8303~~ SC
203-253-8303

Subscribed and sworn to me, a Notary Public, the above signed your name here

_____[signature]_____

This day of 1st Oct, 2019
Notary Public

ERNEST O. OMOROGBE
Notary Public, State of New York
Registration #01OM6152449
Qualified In Suffolk County
Commission Expires Sept. 11, ~~2022~~ 2022

My commission expires: 9/11/2022

Silviano Christmas
161 W 15th Apt #3i
New York, NY
10011

RECEIVED
JUN 18 2020
CHAMBERS OF
CATHY SEIBEL
U.S.D.J.

Judge Sibel
c/o Court clerk
300 quarropas St
White Plains, NY

USM WP SDNY

10601-414000