# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street Suite 300
White Plains, N.Y. 10601
Tel: (914) 428-7124  Fax: (914) 997-6872

---

David E. Patton
*Executive Director
and Attorney-in-Chief*

Susanne Brody
*Attorney-in-Charge
White Plains*

**MEMO ENDORSED**

July 24, 2020

BY ECF

The Honorable Cathy Seibel
United States District Court Judge
Southern District of New York
300 Quaroppas Street
White Plains, New York 10601

Re: **United States v. Silviano Christman**
14 Cr 236 (CS)

Dear Judge Seibel,

This letter is written on behalf of Mr. Silviano Christman and requests an adjournment of the hearing of his violations of supervised release. Mr. Christman is currently detained in Rikers on a state assault charge. I have spoken with Mr. Christman and he has stated that he intends to go to trial. Ms. Messina, his state attorney, has informed me that the state has designated Mr. Christman a "predicate" felon and therefore is facing a substantial sentence if convicted. By letter dated July 11, 2020, Mr. Christman requested that he be presented before this Court as soon as possible. This request was based on the incorrect assumption that he was receiving federal credit from the time the detainer was lodged. Needless to say this is not the case. Therefore, we respectfully request a substantial adjournment so that Mr. Christman may litigate his state charges, which are the bases of the violation specifications before this Court.

Respectfully submitted,
/s/
Susanne Brody

cc: Jamie Bagliebter, A.U.S.A.
    Amber Wilton, U.S.P.O.
    Mr. Silviano Christman

---

*Handwritten endorsement:*

VOSR adjourned to: January 28, 2021 at 11:00 a.m. But if the state case is resolved sooner, Ms. Brody shall notify the Court and we will move the date up.

So Ordered.

Cathy Seibel
Cathy Seibel, U.S.D.J.

Dated: 7/24/20