UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
United States of America,

               **ORDER**

    v.

               7:14-CR-00236 (CS)

Silviano Christman,

       Defendant(s).
--------------------------------------------------------X

Seibel, J.

  Defendant Silviano Christman is represented by Susanne Brody of Federal Defenders in connection with the pending petition for violation of supervised release in the instant case. Separately, he has filed a petition accusing her of ineffective assistance of counsel in connection with his underlying conviction. (See No. 20-CV-8124.) Because of the conflict of interest thereby presented, Joseph Vita, Esq., is hereby appointed under the Criminal Justice Act to represent Defendant Silviano Christman in the instant case.

  **SO ORDERED.**

Dated: October 22, 2020
    White Plains, New York

                   _____
                   Cathy Seibel, U.S.D.J.