**JOSEPH A. VITA**
**ATTORNEY AT LAW**
52 Irenhyl Avenue
Port Chester, New York 10573
Telephone 914-939-5401
email; joev63542@aol.com

via ECF

March 2, 2021

Hon. Cathy Seibel
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

re:     USA v. Silviano Christman; 14 CR 0236-01 (CS)

Dear Judge Seibel:

      With the consent of the Government by AUSA Jamie Bagliebter, I am requesting a further adjournment of the VOSR hearing scheduled for March 19, 2021 to a date after June 1, 2021.  The violation petition is based in part (counts 5-7) upon charges against the defendant pending in State Court in New York County.   I contacted Mr. Christman's state attorney today for an update. Mr. Christman is still in remand status and a pre-trial disposition is unlikely. He is awaiting a state trial date which, due to COVID restrictions,  will probably not be scheduled until early summer.  I do not believe we will be able to come to a resolution of the VOSR specifications until the State case is resolved.

Respectfully submitted,

/S/ Joseph A. Vita

Joseph A. Vita

cc:     AUSA (by ECF)