**JOSEPH A. VITA**
**ATTORNEY AT LAW**
52 Irenhyl Avenue
Port Chester, New York 10573
Telephone 914-939-5401
Joev63542@aol.com

VIA ECF

July 8, 2021

Hon. Cathy Seibel
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:     USA v. Silviano Christman; 14 CR 0236-01 (CS)

Dear Judge Seibel:

      With the consent of the Government by AUSA Jamie Bagliebter I am requesting that the Court date on the VOSR proceeding be adjourned from July 19, 2021, until August 5, 2021, at 11:30AM.

      The violation petition is based in part upon defendant's New York State felony arrest for which defendant is in remand status at Rikers. The New York State charges are still pending awaiting a trial date with the next Court date being August 4, 2021, for decision on defendant's pretrial motions.


Respectfully submitted,

/S/ Joseph A. Vita

Joseph A. Vita