**JOSEPH A. VITA**
**ATTORNEY AT LAW**
52 Irenhyl Avenue
Port Chester, New York 10573
Telephone 914-939-5401
Joev63542@aol.com

VIA ECF

September 27, 2021

Hon. Cathy Seibel
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   USA v. Silviano Christman; 14 CR 0236-01 (CS)

Dear Judge Seibel:

    With the consent of the Government by AUSA Jamie Bagliebter I am requesting that the Court date on the VOSR proceeding currently scheduled for October 15, 2021 be further adjourned.

    The violation petition is based in part upon defendant's New York State felony arrest for which defendant is being held at Rikers. A writ will be required to produce Mr. Christman from State custody.  I was informed by Mr. Christman's state attorney that the New York State charges were not dismissed on motion and on September 17, 2021 the New York Criminal Court scheduled a tentative jury trial date on the State criminal charges for October 19, 2021 subject to COVID protocols.  It is not certain that the state trial will actually commence on the scheduled October 19 date.  Mr. Christman remains in custody on the State case in lieu of a reduced bail of one thousand dollars.  I am requesting that the VOSR proceeding be scheduled for a date on or after November 22, 2021.  If there is an earlier resolution of the State case, I will inform the Court and request that the VOSR date be accelerated. I will also advise the Court and the Government if the State trial date is changed.

Respectfully submitted,

/S/ Joseph A. Vita

Joseph A. Vita