**JOSEPH A. VITA**
**ATTORNEY AT LAW**
52 Irenhyl Avenue
Port Chester, New York 10573
Telephone 914-939-5401
Joev63542@aol.com

VIA ECF

December 23, 2021

Hon. Cathy Seibel
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   USA v. Silviano Christman; 14 CR 0236-01 (CS)

Dear Judge Seibel:

With the consent of the Government by AUSA Jamie Bagliebter I am requesting that the Court date on the VOSR proceeding currently scheduled for January 6, 2022 be further adjourned.

The violation petition is based in part upon defendant's New York State felony arrest for which defendant is being held at Rikers. A writ will be required to produce Mr. Christman from State custody.  On November 15, 2021 Mr. Christman was convicted following a bench trial to Aggravated Family offense (2 counts), Assault 3rd and Criminal Obstruction of Breathing. I was informed by Mr. Christman's state attorney that due to issues related to COVID the sentencing date on Mr. Christman's New York State case has been adjourned from December 17, 2021 to January 14, 2022 and that Mr. Christman remains in remand status.  I am requesting that the VOSR proceeding be adjourned to a date after Mr. Christman's state sentencing.  I will confer with the Government and chambers regarding the Court and parties availability for any new date to be assigned.

Respectfully submitted,

/S/ Joseph A. Vita

Joseph A. Vita