# EXHIBIT A

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

---

THE PEOPLE OF THE STATE OF NEW YORK

-against-

SILVIANO CHRISTMAN,

                                   Defendant.

---

      THE GRAND JURY OF THE COUNTY OF NEW YORK, by this indictment, accuses the defendant of the crime of **BURGLARY IN THE FIRST DEGREE**, in violation of Penal Law §140.30(2), committed as follows:

      The defendant, in the County of New York, on or about June 5, 2019, knowingly entered and remained unlawfully in the dwelling located at 124 East 117th Street, with intent to commit a crime therein, and, in effecting entry and while in the dwelling and in immediate flight therefrom, he caused physical injury to a person known to the Grand Jury, who was not a participant in the crime.

SECOND COUNT:

AND THE GRAND JURY AFORESAID, by this indictment, further accuses the defendant of the crime of **BURGLARY IN THE FIRST DEGREE**, in violation of Penal Law §140.30(3), committed as follows:

The defendant, in the County of New York, on or about June 5, 2019, knowingly entered and remained unlawfully in the dwelling located at 124 East 117th Street, with intent to commit a crime therein, and, in effecting entry and while in the dwelling and in immediate flight therefrom, he used and threatened the immediate use of a dangerous instrument, to wit, a sharp object.

THIRD COUNT:

AND THE GRAND JURY AFORESAID, by this indictment, further accuses the defendant of the crime of **CRIMINAL POSSESSION OF A WEAPON IN THE THIRD DEGREE**, in violation of Penal Law §265.02(1), committed as follows:

The defendant, in the County of New York, on or about June 5, 2019, possessed a dangerous instrument, to wit, a sharp object, with the intent to use the same unlawfully.

FOURTH COUNT:

AND THE GRAND JURY AFORESAID, by this indictment, further accuses the defendant of the crime of **AGGRAVATED FAMILY OFFENSE**, in violation of Penal Law §240.75(1), committed as follows:

The defendant, in the County of New York, on or about June 5, 2019, with intent to cause physical injury to a person known to the Grand Jury, caused such injury to said person, and the defendant and the person against whom the offense was committed were members of the same family and household as defined in subdivision one of section 530.11 of the Criminal Procedure Law.

FIFTH COUNT:

AND THE GRAND JURY AFORESAID, by this indictment, further accuses the defendant of the crime of **AGGRAVATED FAMILY OFFENSE**, in violation of Penal Law §240.75(1), committed as follows:

The defendant, in the County of New York, on or about June 5, 2019, with intent to impede the normal breathing or circulation of the blood of another person, applied pressure on the throat or neck of a person known to the Grand Jury, and the defendant and the person against whom the offense was committed were members of the same family and household as defined in subdivision one of section 530.11 of the Criminal Procedure Law.

SIXTH COUNT:

AND THE GRAND JURY AFORESAID, by this indictment, further accuses the defendant of the crime of **AGGRAVATED FAMILY OFFENSE**, in violation of Penal Law §240.75(1), committed as follows:

The defendant, in the County of New York, on or about June 5, 2019, intentionally placed and attempted to place a person known to the Grand Jury in reasonable fear of physical injury, serious physical injury and death by displaying a dangerous instrument, to wit, a sharp object, and the defendant and the person against whom the offense was committed were members of the same family and household as defined in subdivision one of section 530.11 of the Criminal Procedure Law.

SEVENTH COUNT:

AND THE GRAND JURY AFORESAID, by this indictment, further accuses the defendant of the crime of **UNLAWFUL IMPRISONMENT IN THE FIRST DEGREE**, in violation of Penal Law §135.10, committed as follows:

The defendant, in the County of New York, on or about June 5, 2019, restrained a person known to the Grand Jury under circumstances which exposed her to a risk of serious physical injury.

EIGHTH COUNT:

AND THE GRAND JURY AFORESAID, by this indictment, further accuses the defendant of the crime of **ASSAULT IN THE THIRD DEGREE**, in violation of Penal Law §120.00(1), committed as follows:

The defendant, in the County of New York, on or about June 5, 2019, with intent to cause physical injury to a person known to the Grand Jury, caused such injury to said person.

NINTH COUNT:

AND THE GRAND JURY AFORESAID, by this indictment, further accuses the defendant of the crime of **CRIMINAL OBSTRUCTION OF BREATHING OR BLOOD CIRCULATION**, in violation of Penal Law §121.11(a), committed as follows:

The defendant, in the County of New York, on or about June 5, 2019, with intent to impede the normal breathing or circulation of the blood of a person known to the Grand Jury, applied pressure on the throat or neck of said person.

TENTH COUNT:

AND THE GRAND JURY AFORESAID, by this indictment, further accuses the defendant of the crime of **MENACING IN THE SECOND DEGREE**, in violation of Penal Law §120.14(1), committed as follows:

The defendant, in the County of New York, on or about June 5, 2019, intentionally placed and attempted to place a person known to the Grand Jury in reasonable fear of physical injury, serious physical injury and death by displaying a dangerous instrument, to wit, a sharp object.

CYRUS R. VANCE, JR.
District Attorney

GJ #5A-32

| Filed: | Waived | CR-019211-19NY |

No.

THE PEOPLE OF THE STATE OF NEW YORK

-against-

SILVIANO CHRISTMAN,

                           Defendant.

INDICTMENT

BURGLARY IN THE FIRST DEGREE, P.L. §140.30(2)
BURGLARY IN THE FIRST DEGREE, P.L. §140.30(3)
CRIMINAL POSSESSION OF A WEAPON IN THE THIRD DEGREE, P.L. §265.02(1)
AGGRAVATED FAMILY OFFENSE, P.L. §240.75(1), 3 Cts
UNLAWFUL IMPRISONMENT IN THE FIRST DEGREE, P.L. §135.10
ASSAULT IN THE THIRD DEGREE, P.L. §120.00(1)
CRIMINAL OBSTRUCTION OF BREATHING OR BLOOD CIRCULATION, P.L. §121.11(a)
MENACING IN THE SECOND DEGREE, P.L. §120.14(1)

CYRUS R. VANCE, JR., District Attorney

A True Bill

Samantha Dworken
Trial Bureau 40

                             Foreman

ADJOURNED TO PART 41 ON 7/12/2019

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

---

| | |
|---|---|
| THE PEOPLE OF THE STATE OF NEW YORK<br><br>-against-<br><br>SILVIANO CHRISTMAN,<br><br>Defendant. | SPECIAL INFORMATION<br>(CPL §200.60(2) relating to<br>Ind. No. 01930/2019<br>filed herewith.) |

I, Cyrus R. Vance, Jr., District Attorney for the County of New York, by this information, accuse the defendant of the crime of **CRIMINAL POSSESSION OF A WEAPON IN THE THIRD DEGREE**, in violation of Penal Law §265.02(1) in that:

The defendant on or about January 24, 2018, in the Criminal Court of the State of New York, was duly convicted of the crime of **CRIMINAL OBSTRUCTION OF BREATHING OR BLOOD CIRCULATION**, in violation of Penal Law §PL 121.11(a).

Dated:   New York, New York
         June 17, 2019

                                        CYRUS R. VANCE, JR.
                                        District Attorney

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

| | |
|---|---|
| THE PEOPLE OF THE STATE OF NEW YORK<br><br>-against-<br><br>SILVIANO CHRISTMAN,<br><br>                                              Defendant. | SPECIAL INFORMATION<br>(CPL §200.60(2) relating to<br>Ind. No. 01930/2019<br>filed herewith.) |

   I, Cyrus R. Vance, Jr., District Attorney for the County of New York, by this information, accuse the defendant of the crime of **AGGRAVATED FAMILY OFFENSE**, in violation of Penal Law §240.75(1), in that:

   The defendant on or about January 24, 2018, in the Criminal Court of the State of New York, was duly convicted of the crime of **CRIMINAL OBSTRUCTION OF BREATHING OR BLOOD CIRCULATION**, in violation of Penal Law §PL 121.11(a).

Dated:   New York, New York
         June 17, 2019

                              CYRUS R. VANCE, JR.
                              District Attorney