UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

SILVIANO CHRISTMAN,

                Defendant.

NOTICE OF APPEARANCE
AND REQUEST FOR
**ELECTRONIC NOTIFICATION**

14 Cr. 236 (CS)

---

To:    Clerk of the Court and
        All Parties of Record

    PLEASE TAKE NOTICE that the undersigned attorney is admitted or otherwise authorized to practice in this court, appears as counsel for the United States of America in the above-captioned case, and respectfully requests receipt of all notices of electronic filing transmitted in the case.

Dated:  March 2, 2022
           White Plains, New York

                                          Respectfully submitted,

                                          DAMIAN WILLIAMS
                                          United States Attorney for the
                                          Southern District of New York

                                  By: */s/ Kevin T. Sullivan*
                                          Kevin T. Sullivan
                                          Assistant United States Attorney
                                          300 Quarropas Street
                                          White Plains, New York 10601
                                          (914) 993-1924 (telephone)
                                          (914) 993-1980 (facsimile)
                                          Kevin.Sullivan@usdoj.gov